## DISMISSAL OF ACTION FOR LACK OF COMPETENT EVIDENCE.

Circuit Court of Cuyahoga County.

THE WHEELING & LAKE ERIE RAILROAD COMPANY v. EMILY
DAVIDER.

Decided, June 2, 1911.

*Sustaining Objection to Any Evidence Not a Bar to Another Action Against Same Party.*

An order dismissing a defendant from an action, upon the sustaining of an objection to the introduction of any evidence against it under the allegations of the petition, is not a bar to another action against said defendant.

*Squire, Sanders & Dempsey,* for plaintiff.
*A. W. Lamson* and *W. B. Beebe,* contra.

HENRY, J.; WINCH, J., and MARVIN, J., concur.

We see no reason why the Wheeling & Lake Erie Railroad Company, although once dismissed out of the case below, upon its objection to the introduction, as against it, of any evidence in support of plaintiff's petition, because said petition failed to state facts sufficient to constitute a cause of action against it, should not afterwards again be made a party defendant, by leave of court, to answer to an amended petition filed against both it and its co-defendant, before the running of the statute of limitations. The former judgment of dismissal was no bar to a new action (*Moore* v. *Dunn,* 41 O. S., 62). It is not material, therefore, whether the allowance of the motion to correct the entry of dismissal was irregular. The reinstatement of the dismissed defendant was the result properly reached.

Passing over the assigned reasons, the court's last order was, "That the dismissal of said cause as against the Wheeling & Lake Erie Railroad Company be vacated and leave given to file her amended petition," etc. The affirmance of this order dispenses with the necessity for relief under the cross-petition in error; which is therefore dismissed.

Judgment affirmed.